Shamrock Restaurant Company, Plaintiff-Appellant, v. State Mutual Life Assurance Company of America, Carroll H. Sudler, Jr., as Trustee Under the Provisions of a Trust Agreement Dated September 16, 1957, Carroll H. Sudler, Jr., and Louis C. Sudler, Copartners Doing Business Under The Name of Sudler & Company, and Jay and Cee Catering Company, an Illinois Corporation, Defendants-Appellees.

Gen. Nos. 47,736, 47,737, 47,805. 

First District, Second Division.

December 31, 1959.

Rehearing denied January 19, 1960.

Released for publication January 19, 1960.

John O'C. Fitzgerald, William C. Horan, and Joseph Keig, Sr. (James K. Arthur, of counsel) for plaintiff-appellant; Phillip E. Freed and Harry G. Fins, for defendants-appellees. Opinion by JUSTICE KILEY. Not to be published in full.